UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOSHUA BELK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CAUSE NO. 3:07-CV-203 WL |
| | ) |
| MILLERS MUTUAL GROUP OF | ) |
| INSURANCE CO., *et al.*, | ) |
| | ) |
| Defendants. | ) |

*OPINION AND ORDER*

On May 1, 2007, Joshua Belk, a *pro se* prisoner, submitted a complaint under 28 U.S.C. § 1961, *et seq.*, the Federal Racketeer Influenced and Corrupt Organization Act ("RICO"). On May 8, 2007, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the court dismissed Mr. Belk's complaint without prejudice because his claims are barred *Heck v. Humphrey*, 512 U.S. 477, 486-487 (1994). In its May 8, 2007 order, the court noted that Mr. Belk had not paid the $350.00 filing fee, nor had he filed a motion to proceed *in forma pauperis*, but that 28 U.S.C. § 1915(e)(2)(B)(ii) required the court to dismiss the case at any time if the court determines that the action fails to state a claim upon which could be granted.

On June 13, 2007, Mr. Belk filed a motion for leave to proceed *in forma pauperis*. However, the court dismissed Mr. Belk's complaint without prejudice because his claims were currently barred by *Heck v. Humprhey*, not because he had not paid the filing fee or submitted a petition to proceed *in forma pauperis*.

Because this case is already closed and because this case was not closed for his failure to pay the filing fee or submit a petition to proceed *in forma pauperis*, the court **DENIES AS MOOT** the motion for leave to proceed *in forma pauperis* (docket # 4).

SO ORDERED.

ENTERED: June  14  , 2007

        s/William C. Lee
        William C. Lee, Judge
        United States District Court